**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   12-cr-00305-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LUIS RAUL DE LA PAZ-SALINAS, a/k/a Alex Morado,

    Defendant.

---

ORDER FOR TIME SERVED

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Chief United States District Judge, on October 24, 2012, it is hereby

    ORDERED that Defendant Luis Raul De La Paz-Salinas is sentenced to **TIME SERVED.**

    Dated:  October 24, 2012.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          CHIEF UNITED STATES DISTRICT JUDGE